# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CAROL ROYAL, II,<br><br>    Petitioner,<br><br>  v.<br><br>R. ZUNIGA,<br><br>    Respondent. | Case No. 1:15-cv-00260-LJO-BAM   HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF THE PETITION FOR WRIT OF HABEAS CORPUS AS MOOT<br><br>(Doc. 12) |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner sought an order directing the Bureau of Prisons to credit him for time served after the offense date for a conviction that had later been invalidated.  The Court referred the matter to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

On May 1, 2015, Respondent moved to dismiss the case as moot since the Bureau of Prisons had credited Petitioner for the time served and released him from prison.  Petitioner did not file any opposition to the motion to dismiss.  On June 26, 2015, the Magistrate Judge filed findings and recommendations in which she recommended that the Court dismiss the petition as moot.

The findings and recommendations, which were served on all parties by mail on June 26, 2015, provided that objections could be served within thirty days and replies within fourteen days after the filing of any objections.  Neither party filed objections.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), having carefully reviewed the entire file *de novo* and considered Petitioner's objections, the Court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly, the Court hereby ORDERS that the findings and recommendations filed June 26, 2015, be adopted in full and the petition dismissed as moot.

IT IS SO ORDERED.

Dated: **August 3, 2015**            /s/ Lawrence J. O'Neill
                                                             UNITED STATES DISTRICT JUDGE